UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**SAMUEL McGREW,**

    Plaintiff,

**-vs-**

**CASE NO.   3:11-CV-298**

**Judge Timothy S. Black**

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is found to be **SUPPORTED BY SUBSTANTIAL EVIDENCE** and is **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date:  May 7, 2012                              **JAMES BONINI, CLERK**

                                                        By: *s/ M. Rogers*
                                                          Deputy Clerk